# COMMONWEALTH OF VIRGINIA



CHESTERFIELD COUNTY CIRCUIT CO
Civil Division
9500 COURTHOUSE ROAD
CHESTERFIELD VA 23832-0909

Summons

To: KROGER LIMITED PARTNERSHIP I
SERVE: CORPORATION SERVICE
COMPANY REGISTERED AGENT
100 SHOCKOE SLIP
2ND FLOOR
RICHMOND VA 23219

Case No. 041CL21000506-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Monday, February 22, 2021

Clerk of Court: WENDY S HUGHES

by _____
(CLERK/DEPUTY CLERK)

Instructions:

Hearing Official:

Attorney's name: OWEN, W JOSEPH; III

EXHIBIT
A

# COMMONWEALTH OF VIRGINIA



CHESTERFIELD COUNTY CIRCUIT CO
Civil Division
9500 COURTHOUSE ROAD
CHESTERFIELD VA 23832-0909

Summons

To: THE KROGER CO
SERVE: CORPORATION SERVICE
COMPANY REGISTERED AGENT
100 SHOCKOE SLIP
2ND FLOOR
RICHMOND VA 23219

Case No. 041CL21000506-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Monday, February 22, 2021

Clerk of Court: WENDY S HUGHES

by _____
(CLERK/DEPUTY CLERK)

Instructions:

Hearing Official:

Attorney's name: OWEN, W JOSEPH; III